1  **DAVID M.C. PETERSON**
   California Bar No. Pending
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:     (619) 234-8467
4  Facsimile:     (619) 687-2666
   Email:         David_Peterson@fd.org
5
6  Attorneys for Defendant
7
8                  UNITED STATES DISTRICT COURT
9                 SOUTHERN DISTRICT OF CALIFORNIA
10                **(HONORABLE CATHY A. BENCIVENGO)**

11  UNITED STATES OF AMERICA,          )  CASE NO. 08MJ0641
                                       )
12              Plaintiff,             )
                                       )
13  v.                                 )
                                       )  **NOTICE OF APPEARANCE**
14  ALEJANDRO SAUCEDO-RUVALCABA,       )
                                       )
15              Defendant.             )
                                       )
16  ─────────────────────────────────  )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of

18  California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as

19  lead attorney in the above-captioned case.

20                                          Respectfully submitted,

21

22  Dated:  March 6, 2008                   */s/ DAVID M. C. PETERSON*
                                            DAVID M.C. PETERSON
23                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant
24                                          David_Peterson@fd.org

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  March 6, 2008                    /s/ DAVID M. C. PETERSON
                                         DAVID M.C. PETERSON
                                         Federal Defenders of San Diego, Inc.
                                         225 Broadway, Suite 900
                                         San Diego, CA  92101-5030
                                         (619) 234-8467  (tel)
                                         (619) 687-2666  (fax)
                                         David_Peterson@fd.org (email)